UNITED STATES of America, Appellant, v. James A. WARD, III.

No. 12807.

Circuit Court of Appeals, Eighth Circuit.

Jan. 5, 1944.

Nelson H. Sadler, Asst. U. S. Atty., of Fort Smith, Ark., for appellant.

Harry P. Daily, of Fort Smith, Ark., for appellee.

PER CURIAM.

Appeal from District Court, 52 F.Supp. 995, docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation.